917 So.2d 1103 (2005)
STATE ex rel. Drew M. PIZZO
v.
STATE of Louisiana.
No. 2005-KH-0580.
Supreme Court of Louisiana.
December 16, 2005.
In re Pizzo, Drew M.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. E, No. 88-876; to the Court of Appeal, Fifth Circuit, No. 04-KH-1438.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; cf. La.C.Cr.P. art. 930.8.